# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LONDON DIVISION

IN RE:    Preston Scott Napier                                    Case Number:   17-61551
          Catherine Joyce Mallory Napier

          Debtors

## ORDER CONFIRMING THE FIRST
## AMENDED PLAN FILED ON 11/28/2017, Court Doc. # 23

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

Preston Scott Napier                                    SIMMS, JOHN
Catherine Joyce Mallory Napier                          Served Electronically Via ECF
PO Box 1563
Hyden, KY  41749-1563

SYNCHRONY BANK                                          BAIRD AND BAIRD PSC
% PRA RECEIVABLES MANAGEMENT LLC                        P O BOX 351
P O BOX 41021                                           PIKEVILLE, KY  41502-0351
NORFOLK, VA  23541

BAIRD AND BAIRD, PSC
841 CORPORATE DRIVE
SUITE 101
LEXINGTON, KY  40503

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: **Thursday, February 22, 2018**
(grs)